# LOCAL RULES

Local Rule 5.1(a)(4) – Formatting

Local Rule 5.1(a)(5) – Attorney Signature

Local Rule 5.2(a) – Certificate of Service

Local Rule 7.1(a)(3) – Compliance Certification

# AMENDED COMPLAINT TABLE OF CONTENTS............. 1

AMENDED COMPLAINT........................................................................4
1. I. INTRODUCTION...........................................................................4
11. II. PARTIES..................................................................................... 8
    12. Plaintiffs:............................................................................... 8
    16. Defendants:......................................................................... 10

38. III. JURISDICTION AND VENUE................................................ 19
    39. Subject Matter Jurisdiction:.................................................19
    42. Personal Jurisdiction:......................................................... 21
    45. Venue:................................................................................. 22
    48. Intradistrict Assignment:..................................................... 24
    50. Summary of Jurisdiction and Venue Grounds:.................... 24

59. IV. FACTUAL ALLEGATIONS COMMON TO ALL COUNTS... 25
    60. A. Background of Defendants' Coordinated Campaign........... 25
    90. B. Impact on Plaintiffs (Damages and Injuries)......................34

112. V. CAUSES OF ACTION..............................................................44

114. Count I: Violation of Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)............................. 44

140. Count II: Civil Conspiracy (Under Florida Common Law)....55

159. Count III: Defamation (Libel and Slander)............................ 60

189. Count IV: Invasion of Privacy – Public Disclosure of Private Facts.......................................................................................68

225. Count V: Intentional Infliction of Emotional Distress (IIED)... 78

246. Count VI: Negligence............................................................ 84

267. Count VII: Violation of 42 U.S.C. § 1985(2) and (3) – Conspiracy to Interfere with Civil Rights........................................89

288. Counts VIII, IX and X: Violation of 42 U.S.C. § 1986 – Neglect to Prevent Conspiracy, Violation to Law of Nations and other..... 95

339. VI. PRAYER FOR RELIEF ........................................................... 108

351.8 VII. DEMAND FOR JURY TRIAL ............................................. 116

351.9 VIII. CERTIFICATION AND CLOSING .................................. 116

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Ivan R. FREITES C.

Miguel Enrique Otero C.

Jorge Alejandro Rodriguez,

*Plaintiffs,*

v.

Horacio MEDINA (a private person); Orlando VIERA-BLANCO (a private person); Gustavo LAINETTE (a private person); Jose CARRASQUERO (a private person); Alexis ORTIZ (a private person); Federico MEDINA a.k.a. @lucioquincioc (a private person); Thaelman URGELLES (a private person); Luis Jose CHACON-PACHECO a.k.a. El Gocho del Whatsapp (a private person), Yon GOICOECHEA (a private person), Lino CARRILLO (a private person) ; Center for Liberal Democracy Development, Inc. (a Florida Corporation); Resistencia Venezolana Corp. (a Florida Corporation); ASM Investing LLC (a Florida Corporation); Freedom for Venezuela Inc. (a Florida Corporation); TEZCUA Investments LLC (a Florida Corporation); AMERICAN VENEZUELAN ENGAGEMENT FOUNDATION, INC (a Florida Corporation) ; Venezolanos y Americanos Inc a.k.a VENAMERICA (a Florida

4