UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

IN RE: APPLICATION OF
HORACIO MEDINA

    Applicant,

v.

Pursuant to 28 U.S.C. § 1782
for Judicial Assistance in
Obtaining Evidence for Use
in Foreign Proceedings,
_____/

**[PROPOSED] ORDER GRANTING HORACION MEDINAS'S *EX PARTE*
APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782
TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING**

THIS CAUSE came before the Court upon Applicant Horacio Medina's Ex Parte Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782. Applicant seeks the issuance of a Subpoena *duces tecum* for deposition and production of documents directed to Ivan Freites ("Mr. Freites" or "Subpoena Respondent"), an individual that lives in Miami, Florida. The requested discovery is for use in contemplated legal proceedings in the Switzerland against Jorge Alejandro Rodriguez (the "Swiss Proceedings").

The Court, having considered the § 1782 Application and supporting materials, and otherwise being fully advised upon the premises, finds as follows:

A. Applicant has met the mandatory requirements under 28 U.S.C. § 1782 for granting the requested judicial assistance:

1. Applicant is an interested person, as a party to the contemplated Swiss Proceedings.

2. This Application seeks testimony and production of documents to be used in the contemplated Swiss Proceedings;

3. Mr. Freites can be found in the Southern District of Florida;

4. The Application does not seek material protected by any legally applicable privilege.

B. The four discretionary factors set forth in the United States Supreme Court's decision in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004) also weigh in favor of granting the requested assistance:

1. The Subpoena Respondent is not a participant in the contemplated Swiss Proceedings;

    2. Swiss courts will likely be receptive to the evidence and information sought in the Application.

    3. The Application is not an attempt to circumvent foreign proof-gathering restrictions or other policies of Switzerland or the United States; and

    4. The Applicant seeks discovery that is not unduly intrusive or burdensome.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Application is **GRANTED.**

2. Applicant is authorized to issue and serve a Subpoena in a form substantially similar to the one attached to the Application.

3. Any discovery taken pursuant to this Order, including related motion practice, shall be governed by the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers in Miami, Florida this ___ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE