**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 1:25-mc-25576-BB

IN RE: APPLICATION OF
HORACIO MEDINA

    Applicant,

v.

Pursuant to 28 U.S.C. § 1782
for Judicial Assistance in
Obtaining Evidence for Use
in Foreign Proceedings,
_____/

**NOTICE OF COMPLIANCE OF FILING FEE**

    The Petitioner, Horacio Medina, hereby gives notice of compliance with the filing fee requirement.

| | |
|---|---|
| Date: December 1, 2025 | Respectfully submitted, |
| | DIAZ REUS & TARG, LLP |
| | 100 Southeast Second Street |
| | 3400 Miami Tower |
| | Miami, Florida 33131 |
| | Telephone: (305) 375-9220 |
| | |
| | By: /s/  *Javier Coronado Diaz* |
| | Marta Colomar Garcia (Florida Bar No. 40869) |
| | Attorney Email Address: mcolomar@diazreus.com |
| | Javier Coronado Diaz (Florida Bar No. 1047848) |
| | Attorney Email Address: jcoronado@diazreus.com |
| | Ibrahim Amir (Florida Bar No. 1005664) |
| | Attorney Email Address: iamir@diazreus.com |
| | |
| | *Counsel for the Applicant* |